UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

XIOMARA GLOVER,

                                   Plaintiff,

vs.

TRIUMPH CONSTRUCTION CORP., ALLSTARS SECURITY & PROTECTIVE SERVICES, INC.,

                                  Defendants.

**18-CV-6763 (DLI)(CLP)**

**NOTICE OF APPEARANCE**

## NOTICE OF APPEARANCE

I am admitted and authorized to practice in this Court and appear as counsel for the plaintiff, XIOMARA GLOVER.

Dated: Brooklyn, New York
         May 13, 2019

                                  STOLL, GLICKMAN & BELLINA, LLP

                               By: _____
                                  Rita A. Sethi, Esq.
                                  *Attorneys for the Plaintiffs*
                                  300 Cadman Plaza West, 12th Floor
                                  Brooklyn, NY 11201
                                  Telephone No. (718) 852-3710
                                  Email: rsethi@stollglickman.com

TO:

**ALL COUNSEL OF RECORD VIA ECF**