

**300 Cadman Plaza West, 12th Floor**
**Brooklyn, NY 11201**
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

August 29, 2019

VIA ECF
Hon. Cheryl L. Pollak
U.S. Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Glover v. Triumph Construction Corp*. et al.
                Docket No. 1:18-cv-06763 (DLI/CLP)

Dear Judge Pollak:

This office represents Plaintiff Xiomara Glover in the above captioned matter. I am writing to respectfully request an adjournment of the Settlement Conference date set by the Court for September 20, 2019 due to a scheduling conflict.

This is the second request for an adjournment. I have conferred with Defendant's counsel and they consent to this adjournment request. The parties respectfully submit September 24, 2019 as a possible date for the Court's consideration in rescheduling.

Thank you for your understanding.

Sincerely,

Rita A. Sethi

cc:    All Counsel (via ECF)